IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH S. SMILEY, | : |
| Plaintiff, | : CIVIL DIVISION |
| v. | : |
| | : CASE NO. 09-1671 |
| CONSOLIDATED RAIL CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, | : |
| Defendants. | : |

## ORDER

IT IS HEREBY ORDERED that any claims in the Plaintiff's Complaint relating to injuries to Plaintiff's back only are hereby dismissed, with prejudice.

DATED: 3/19/10